IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA    UNDER SEAL

v.    CASE NO. 5:21cr35-TKW

MARCEL JEAN MICHAUD
KENNETH SIZEMORE
DARRELL MICHAEL BRITT
JOHNNY WAYNE CARR
MARY ANN BROWN
JAMES WILSON
  a/k/a "Redneck"
  and
DAVID BARRON
_____/

## MOTION REQUESTING AN ORDER SEALING THE INDICTMENT

The United States of America requests this Court to issue an Order sealing the Indictment returned by the grand jury in this case, and in support of this Motion states as follows:

1.    The defendants have not been arrested as a result of the activities alleged in the Indictment filed in the above-captioned case. The current whereabouts of the defendants are unknown, and the public revelation of the Indictment could severely hamper law enforcement's ability to locate and apprehend the defendants to answer the charges.



1

2. The United States moves the Court that the Indictment in this case shall remain **sealed** until further Order of this Court, except that the Clerk's Office shall provide two certified copies of the Indictment to the United States Attorney for the Northern District of Florida, two certified copies to the United States Marshal for the Northern District of Florida, and one certified copy to the United States Probation Office for the Northern District of Florida.

WHEREFORE, in order to arrest the defendants before the Indictment is made available to the public, it is respectfully requested that the Court order the sealing of the Indictment returned in this case.

Respectfully submitted,

JASON R. COODY
Acting United States Attorney

_/s/_____
WALTER E. NARRAMORE
Assistant United States Attorney
Northern District of Florida
Florida Bar No. 0608513
21 East Garden Street, Suite 300
Pensacola, Florida 32502-5675
Phone: (850) 444-4000