IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

<u>UNDER SEAL</u>

v.

CASE NO. 5:21cr35-TKW

MARCEL JEAN MICHAUD
KENNETH SIZEMORE
DARRELL MICHAEL BRITT
JOHNNY WAYNE CARR
MARY ANN BROWN
JAMES WILSON
  a/k/a "Redneck"
  and
DAVID BARRON

_____/

## <u>ORDER</u>

The government's Motion Requesting an Order Sealing the Indictment is GRANTED, for the reasons in the government's Motion.

The Clerk's Office shall provide two certified copies of the Indictment to the United States Attorney for the Northern District of Florida, two certified copies to the United States Marshal for the Northern District of Florida, and one certified copy to the United States Probation Office for the Northern District of Florida.

DONE and ORDERED this 16th day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

1

