# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  Case No. 5:21cr35-TKW

DARRELL MICHAEL BRITT

_____/

## ORDER FOR WARRANT

On verbal request of the United States Attorney, Northern District of Florida, pursuant to an Indictment returned against the defendant,

**DARRELL MICHAEL BRITT,**

IT IS HEREBY ORDERED:

1. Warrant of arrest shall immediately issue upon such indictment against the defendant.

2. Bail shall be determined by the Judicial Officer at the time of arrest in accordance with the Bail Reform Act, and notation to such effect shall be placed upon the warrant.

DONE and ORDERED this 16th day of November, 2021, at Pensacola, Florida.

_____
UNITED STATES MAGISTRATE JUDGE

RCVD USDC FLND PN
NOV 17 '21 AM 7:46

Filed 11/16/2021