UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
CRIMINAL MINUTES

Case No. 5:21-cr-35/TKW-03        Date: December 10, 2021
Time: 2:13 p.m. - 2:19 p.m.

DOCKET ENTRY: INITIAL APPEARANCE ON INDICTMENT

PRESENT:
| | |
|---|---|
| Honorable **Hope Thai Cannon** | U.S. Magistrate Judge |
| Keri Igney | Deputy Clerk |
| PNS Recorder | Court Reporter |
| Walter E. "Ward" Narramore | Asst. U. S. Attorney |
| Virginia Bare | Defense Attorney |
| None | Interpreter |
| Ben Pearce | Probation Officer |

**Name of Defendant: DARRELL MICHAEL BRITT**,
☒ Custody ☐ Bond ☐ O/R

**PROCEEDINGS:**

☒ Defendant advised that he/she is before a United States Magistrate Judge.

☒ Defendant advised of charges against him/her, penalties and fines.

☒ Defendant advised not to make any statement before consulting an attorney.

☒ Defendant advised of his/her right to hire counsel or have counsel appointed.

☒ Defendant executed CJA Form 23 (Financial Affidavit) and sworn to its accuracy.

☒ Defendant appointed the services of the Federal Public Defender.
   (see separate order)

☐ Defendant declined to complete CJA Form 23, and was advised that should he subsequently change his mind, he should file a CJA 23 with Clerk of Court.

☐ Defendant advised he will hire his own counsel.

☒ Defendant advised of his right to reasonable bail.

☒ Government moves for detention.

☐ Defendant **WAIVED** the Detention Hearing & reserved the right to re-open the hearing at a later date if something changes.

☒ Detention hearing set for Tuesday, December 14, 2021 at 10:30 a.m. before Judge Michael Frank, Wnston Arnow Federal Building, 100 North Palafox, Pensacola by separate order and

defendant temporarily detained.

☐ Defendant released on conditions.

☒ As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland* and its progeny.  Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

☒ Defendant arraigned for trial
        ☒ Defendant waived formal reading of the indictment.
        ☒ Defendant waived entered a plea of NOT GUILTY on all counts.
        ☒ Jury trial date:  **January 17, 2022**
        before U.S. District Judge T. Kent Wetherell, II, US Courthouse, Pensacola

CLERK NOTES:

Government moves to unseal the indictment.  Motion is granted.

_____
Filed in open Court
December 10, 2021
CRD: kli

3:21-cr-35/TKW-03