UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No. 5:21-cr-35/TKW-03

DARRELL MICHAEL BRITT
_____/

**ORDER OF TEMPORARY DETENTION**
**PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Upon motion of the government, it is **ORDERED** that a detention hearing is set for **December 14, 2021 at 10:30 a.m.** before United States Magistrate Judge Michael J. Frank in Courtroom 1, Winston Arnow Federal Building, 100 North Palafox Street, Pensacola, Florida.[1]  Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing on the above designated date and time.

Date:  December 10, 2021

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] *See* 18 U.S.C. § 3142.