UNITED STATES DISTRICT COURT
CRIMINAL MINUTES

Case No. 5:21-cr-35(3)-TKW              Date: December 14, 2021
                                        Time: 10:31 a.m. - 11:58 a.m.

DOCKET ENTRY: DETENTION HEARING

PRESENT:
U.S. Magistrate Judge:   Honorable Michael J. Frank
Deputy Clerks:           Sylvia Williams & Kristin Cowdell
Court Reporter:          Donna Boland
Asst. U. S. Attorney:    Walter Narramore (WN)
Defense Attorney:        Anthony Britt (AB), retained
Probation Officer:       Kailey Minnick
Defendant:               **DARRELL MICHAEL BRITT**, detained

**PROCEEDINGS:**

10:31  Court in session
       Discussion re: pretrial services report (AB)
10:35  Defendant calls: **Barbara Brown**       Sworn      Direct (AB)
       10:43  Cross (WN)
10:44  Defendant calls: **Csentara Britt**      Sworn      Direct (AB)
       10:48  Cross (WN)
10:53  Defendant calls: **Quantina Speights**   Sworn      Direct (AB)
       10:59  Cross (WN)
11:01  Defendant calls: **Janice Anastasia Abner-Nicholson**  Sworn   Direct (AB)
       11:07  Cross (WN)
11:07  Defendant requests permission to provide character letters to the Court after this hearing. (AB)
       Court will allow the letters to be submitted before a decision on detention is made.
11:09  Government calls: **Vincent Cianelli**   Sworn      Direct (WN)
       11:17  Cross (AB)
       11:33  Court questions witness
11:37  Defendant's argument (AB)
11:54  Government's response (WN)
11:56  Court: Defendant has until 2:00 p.m. today to submit the character letters to the Court and Mr. Narramore. A decision on detention will be made after the Court reviews the letters.
       Defendant is remanded into the custody of the USMS pending the Court's issuance of an order on the matter of detention.
11:58  Court adjourned

Filed in Open Court:
December 14, 2021
by KGC, Deputy Clerk