IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**            CASE NO.: 5:21-cr-00035-TKW-MJF

v.

**DARRELL MICHAEL BRITT,**

     Defendant.
_____/

## DEFENDANT'S CHARACTER LETTERS

Comes Now, Defendant, **DARRELL MICHAEL BRITT**, by and through the undersigned attorney, Kareem L. Todman, Esq. discloses the attached character letters for Defendant, **DARRELL MICHAEL BRITT.**

Respectfully submitted on this 7th day of March 2023

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a true and correct copy of this document has been furnished by e-filing to through this Court's electronic portal via CMECF filing to:

Office of the United States Attorney
Northern District of Florida
Attn: AUSA Walter Narramore
21 East Garden Street, Ste. 400
Pensacola, Florida 32502

**CAMINEZ & YEARY, P.A.**

Kareem L. Todman, Esq. /Fla. Bar No.: 109295
Board Certified Criminal Trial Lawyer
Caminez & Yeary, P.A.
1882 Capital Circle NE, Ste. 103
Tallahassee, Florida 32308
Tel. (850) 997-8181 / Fax (850) 997-5189
E-mail: kareem@todmanlaw.com
*Attorney for Darrell Michael Britt*

# Kareem Todman

| | |
|---|---|
| **From:** | Chimere Speights <cbritt23@icloud.com> |
| **Sent:** | Tuesday, March 7, 2023 3:55 PM |
| **To:** | Kareem Todman |
| **Subject:** | Character Letters |
| **Attachments:** | Mar 7 at 14_54.pdf |

Sent from my iPhone

Ryan House
33 Vickers Road
Quincy, Florida 32352

March 7, 2023

Darrell Britt Case

To The Honorable Judge Mr. T. Kent Wetherell II

It is a genuine honor to write this letter in favor for Mr. Darrell Britt as a friend. I have known him for over two years and I must really say that he has motivated, pushed me and gave advice more than others I've known for numerous years. Darrell Britt has always portrayed himself as a respectable gentleman in which my mother absolutely loves about him. He is always giving back and helping in every way that he possibly could. Mr. Britt has helped me maintain the supervisor position on which I hold on my job just by simply staying on top of me and making sure that I do my best at everything. He has always been a hard worker, enthusiastic and graceful person.

Despite the transgressions that led us to this point with Mr. Britt I must admit that watching him over the past 2 years he absolutely loves his kids and is a family oriented man. I understand the seriousness of this matter and hope the court will show some leniency. I seriously believe that moving forward everything will be about him focusing on his family.

I sincerely hope the court takes this letter into consideration at the time of sentencing. Darrell will strive to make amends and I am sure we will get to see his positivity in the community.

Thank You

Yours Sincerely
Ryan House

I, Tasmine Goodman,

I am writing to you on behalf of my Childs father, Darrell Britt.

Darrell has always struck me as an intelligent human being of good character. An Individual who would give his shirt off his back to help others.

I have known Darrell Britt over the past 5 years. Darrell and I share a 18-month-old daughter, to whom he is highly active in her life. As I further my nursing career he is the only support I have for my daughter. I cannot imagine my daughter who is constantly looking for her dad, growing up without him.

Thank you for your time.


Tasmine Goodman

To whom This may concern,

I Dionna melton, write this letter of reference about Darrell Britt with whom I had the pleasure to know for more than 3 years. In order to clarify and defend his good judgment. During this length of of time, Darrell Britt demonstrated numerous qualities as a valuable person in our society. In addition to this, I have observed him being polite, hard-worker and also always willing to help when needed. Darrell Britt is also an enthusiastic, sensible and graceful person. Under this pretext, I strongly recommend Darrell Britt as a more suitable person I think this is a solid view of how Darrell Britt is and his mental and moral qualities and I pray consider this reference letter when determining the outcome of this case

D⟶mt⟶

To whom it may concern:

My name is Timothy Brown Jr. and I'm writing this letter on the behalf of Darrell Michael Britt.

In life we all make mistakes, some bigger than others but in God's eyes they're all mistakes. I'm a living example of this situation. I too have been down that wrong road. Through the grace of God, I was given a second chance at life. Now I'm the vice president of the non-profit organization, S.O.Y (Save Our Youth). This is an organization built from a group of men that wanted to use their past to make a difference for our future. Darrell Britt was among the few men outside the organization that donated his time not only with his kid but with kids that has come thur our program. I'm not saying that what he is charged with is right but I am saying that I see me in him and know that if given a second chance, he could make a change. We all deserve a second chance to better ourselves.

Timothy Brown Jr

To whom it may concern,

I am writing in regards to Darrell Britt. I have known him for over 20 yrs. He is a well mannered young man. He is a loving father to his young children who need him in their lives. He has not been in trouble and deserves another chance to be a productive black member of society.

Sincerely
Tauyl M. Calloway

### letter for Darrell

tynetta britt <teebritt@hotmail.com>
Tue 1/17/2023 8:52 AM
To: teebritt@hotmal.com <teebritt@hotmal.com>

To whom it may concern

   I recommend that Darrell Britt get the lightest sentence as possible. He is not a threat to our society or a menace to the society. He's a good father and a good family man. He most definitely will be a good pillar in the community.

   I think he would be one of the ones that you will be proud that you gave a second chance. He has never had a bad childhood as far as him getting in trouble or going to jail, just a regular teenager. He's a young man that deserves a second chance.

Sincerely,
Tycara Forth
850-867-5302
728 Satsuma Ave
Panama City FL 32405

(No subject)

Tyvarus russell <tyvarusrussell29@yahoo.com>
Sat 1/14/2023 12:10 PM
To: teebritt@hotmail.com <teebritt@hotmail.com>

Dear Judge, my name is Tyvarus Russell and I want to let you know who the real Darrell Britt is. Darrell is a very loving person who puts his family above anything else. He's a great father who is active in his kids life. I hope that you will find it in your heart to let him have a second chance at not only his life but for his children.
                        Sincerely, Tyvarus Russell
706 bobcat ct kissimmee fl 34759
Tyvarusrussell29@yahoo.com
407-989-3967

Sent from Yahoo Mail on Android

**(No subject)**

tynetta britt <teebritt@hotmail.com>
Tue 1/17/2023 9:00 AM
To: teebritt@hotmal.com <teebritt@hotmal.com>

John Thompson
825 Wymore Rd
Altamonte Springs, FL 32714
01/16/2022

RE: Darrell Britt
I have known Darrell as a good brother/friend for over twenty years. I was both troubled and surprised to hear about his recent case as he has always been a rather solid person. It is for this reason I am happy to write a letter of reference for Darrell regarding this matter. I understand the severity of this matter however, I hope the court will show some leniency. Darrell has always been an outstanding character in his community. In our friendship, he has really been a significant amount of support during a sudden and arduous move due to hurricane Michael. It was Darrell that was a huge source of camaraderie for both me and my family, from physically helping up move to always encouraging me to be a better man. He has truly been amazing friend over the years.
In addition to our friendship, he is a usually an upstanding member in his neighborhood.
I truly believe that as we move forward, he will emerge a better person. It is my sincere hope that the court takes this letter into consideration during sentencing. Despite the current case I know that Darrell is an honorable individual with so much more to offer his community than what he has been portrayed.


John Thompson
825 Wymore Rd
Altamonte Springs, FL 32714
01/16/2022

